# United States District Court
# For The Western District of North Carolina
# Statesville Division

ROBERT WOODWARD,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　5:11CV8

TIM L. DAUGHERTY, ET AL,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 28, 2012 Order.

Signed: February 28, 2012

Frank G. Johns, Clerk
United States District Court